Federal District Court
701 E. Broad Street
Richmond VA 23219

FILED JUL 26 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

/O'Grady (A)

Date 07/14/2012

Mike Willoughby, Pro Se Plaintiff
1000 River Rd.
Hopewell VA 23860

V.

Rondal Hayes, Defendant
1000 River Rd.
Hopewell VA 23860

Case # 1:12cv832 LOG/TCB

RECEIVED JUL 19 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: Complaint and $500 Thousand Dollars in Emotional Distress Damages.

## Claims

1. On July 12, 2012, plaintiff smeared feceses on his cell windows.

2. Defendant repeatedly asked plaintiff if he was going to clean up the feceses.

3. The defendant denied plaintiff his lunch intill 2:30pm, at which time the defendant took the lunch tray out of the freezer box and handed it to the plaintiff.

See Page 2

4. The defendant neglectful actions constitutes cruel and unusual punishment in violation of the Eighth Amendment of the U.S. Constitution Bill of Rights.

Sincerely

Mike Willoughby